B201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT

## NOTICE TO CONSUMER DEBTOR(S) UNDER §342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a joint case (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)
Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.
Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.
The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

**Chapter 13**: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11**: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12**: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B201B (Form 201B) (12/09)

**United States Bankruptcy Court**
**Northern District of Illinois**

IN RE:                                                          Case No. _____

Schramer, Jeffrey A & Schramer, Dawn M _____            Chapter **7** _____
                        Debtor(s)

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of [Non-Attorney] Bankruptcy Petition Preparer

I, the [non-attorney] bankruptcy petition preparer signing the debtor's petition, hereby certify that I delivered to the debtor the attached notice, as required by § 342(b) of the Bankruptcy Code.

_____          Social Security number (If the bankruptcy
Printed Name and title, if any, of Bankruptcy Petition Preparer   petition preparer is not an individual, state
Address:                                          the Social Security number of the officer,
_____          principal, responsible person, or partner of
_____          the bankruptcy petition preparer.)
                                                  (Required by 11 U.S.C. § 110.)
X _____
Signature of Bankruptcy Petition Preparer of officer, principal, responsible person, or
partner whose Social Security number is provided above.

### Certificate of the Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

Schramer, Jeffrey A & Schramer, Dawn M _____    X */s/ Jeffrey A Schramer*          **12/22/2009**
Printed Name(s) of Debtor(s)                        Signature of Debtor                Date

Case No. (if known) _____             X */s/ Dawn M Schramer*            **12/22/2009**
                                                    Signature of Joint Debtor (if any)  Date

**Instructions:** Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Schramer, Jeffrey A** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Schramer, Dawn M** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **3125** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete<br>EIN (if more than one, state all): **5011** |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1N525 Turnberry Lane**<br>**Winfield, IL**<br>                                    ZIPCODE **60190-2340** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code):<br>**1N525 Turnberry Lane**<br>**Winfield, IL**<br>                                    ZIPCODE **60190-2340** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address)<br><br>                                    ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br><br>                                    ZIPCODE |

| Location of Principal Assets of Business Debtor (if different from street address above):<br>**1N525 Turnberry Lane, Winfield, IL**<br>                                                                                                      ZIPCODE **60190-2340** |
|---|

| Type of Debtor<br>(Form of Organization)<br>(Check **one** box.) | Nature of Business<br>(Check **one** box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check **one** box.) |
|---|---|---|
| ☑ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities,<br>check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11<br>U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☑ Chapter 7        ☐ Chapter 15 Petition for<br>☐ Chapter 9             Recognition of a Foreign<br>☐ Chapter 11           Main Proceeding<br>☐ Chapter 12        ☐ Chapter 15 Petition for<br>☐ Chapter 13           Recognition of a Foreign<br>                               Nonmain Proceeding |

| | Tax-Exempt Entity<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under<br>Title 26 of the United States Code (the<br>Internal Revenue Code). | Nature of Debts<br>(Check one box.)<br>☐ Debts are primarily consumer        ☑ Debts are primarily<br>debts, defined in 11 U.S.C.               business debts.<br>§ 101(8) as "incurred by an<br>individual primarily for a<br>personal, family, or house-<br>hold purpose." |
|---|---|---|

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ☑ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (Applicable to individuals only). Must<br>attach signed application for the court's consideration certifying that the debtor<br>is unable to pay fee except in installments. Rule 1006(b). See Official Form<br>3A.<br><br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must<br>attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or<br>affiliates are less than $2,190,000.<br>- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of<br>creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for<br>distribution to unsecured creditors. | THIS SPACE IS FOR<br>COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-<br>5,000 | 5,001-<br>10,000 | 10,001-<br>25,000 | 25,001-<br>50,000 | 50,001-<br>100,000 | Over<br>100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to<br>$50,000 | $50,001 to<br>$100,000 | $100,001 to<br>$500,000 | $500,001 to<br>$1 million | $1,000,001<br>to $10 million | $10,000,001<br>to $50 million | $50,000,001<br>to $100 million | $100,000,001<br>to $500 million | $500,000,001<br>to $1 billion | More than<br>$1 billion |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Schramer, Jeffrey A & Schramer, Dawn M** |
|---|---|

### Prior Bankruptcy Case Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location<br>Where Filed:**None** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X _____<br>    Signature of Attorney for Debtor(s)        Date |
|---|---|

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☑ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☑ Exhibit D also completed and signed by the joint debtor is attached a made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____

(Name of landlord or lessor that obtained judgment)

_____

(Address of landlord or lessor)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1 (Official Form 1) (1/08)                                                                                                          Page 3

## Voluntary Petition
*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **Schramer, Jeffrey A & Schramer, Dawn M** |

### Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under Chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United State Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeffrey A Schramer**

Signature of Debtor                                    **Jeffrey A Schramer**

X **/s/ Dawn M Schramer**
Signature of Joint Debtor                             **Dawn M Schramer**

Telephone Number (If not represented by attorney)

**December 22, 2009**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

---

**Signature of Attorney***

X **/s/ David J Boersma**
Signature of Attorney for Debtor(s)

**David J Boersma  06180071
Law Office of David J. Boersma
1776-A S. Naperville Road Suite 200
Wheaton, IL  60189-5843
(630) 653-5000  Fax: (630) 653-5083**

**December 22, 2009**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Petition Preparer**

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h) and 342(b); 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any,  of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____
Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

_____
Date

---

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.*

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

**B1D (Official Form 1, Exhibit D) (12/09)**

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                                                    Case No. _____

**Schramer, Jeffrey A** _____    Chapter **7** _____
                                Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**


Signature of Debtor: ***/s/ Jeffrey A Schramer*** _____

Date: **December 22, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B1D (Official Form 1, Exhibit D) (12/09)

## United States Bankruptcy Court
## Northern District of Illinois

IN RE:                                                              Case No. _____

**Schramer, Dawn M** _____     Chapter **7** _____

Debtor(s)

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☑ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]*

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor: **/s/ Dawn M Schramer** _____

Date: **December 22, 2009** _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07)

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**
_____
Debtor(s)

Case No. _____
(If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0148** <br><br> **Chase** <br> **PO Box 9001020** <br> **Louisville, KY  40290-1020** | | J | Line of credit obtained on 9/12/2002. Loan is secured by residential family home located at 1N525 Turnberry Lane, Winfield, IL 60190. <br><br> VALUE $ **525,000.00** | X | X | X | 160,513.41 | 119,796.01 |
| ACCOUNT NO. **2472** <br><br> **Chase Home Finance** <br> **PO Box 9001871** <br> **Louisville, KY  40290-1871** | | W | Refinance of first home mortgage for residential family home located at 1N525 Turnberry Lane, Winfield, IL 60190. Mortgaged obtained on 12/14/2006.  Loan secured by same property. <br><br> VALUE $ **525,000.00** | | | | 484,282.60 | |
| ACCOUNT NO. **0543** <br><br> **EMC Mortgage Corporation** <br> **PO Box 660753** <br> **Dallas, TX  75266-0753** | X | H | Mortgage obtained March 10, 2006 for home located at 816 Golf Lane.  Wheaton, IL.  Loan secured by same property.  Title held as Tenants in Common between Jeffrey Schramer and Fritz Schneider. <br><br> VALUE $ **400,000.00** | | | | 543,066.66 | 143,066.66 |
| ACCOUNT NO. <br><br> **Bank Of America** <br> **PO Box 25118** <br> **Tampa, FL  33622-5118** | | | Assignee or other notification for: **EMC Mortgage Corporation** <br><br> VALUE $ | | | | | |

___**1**___ continuation sheets attached

Subtotal
(Total of this page)
$ **1,187,862.67**   $ **262,862.67**

Total
(Use only on last page)
$ ___   $ ___

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6D (Official Form 6D) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                                    Case No. _____
_____
Debtor(s)                                                                                              (If known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Bank Of America** <br> **1717 N Naper Blvd Ste 102** <br> **Naperville, IL 60563-8837** | | | **Assignee or other notification for: EMC Mortgage Corporation** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. <br> **Codilis & Associates** <br> **For Bank Of America** <br> **15W030 N Frontage Rd Ste 100** <br> **Burr Ridge, IL 60527-6921** | | | **Assignee or other notification for: EMC Mortgage Corporation** <br><br> VALUE $ | | | | | |
| ACCOUNT NO. **7911** <br> **GMAC** <br> **PO Box 380902** <br> **Minneapolis, MN 55438-0902** | | H | **Auto loan obtained for purchase of 2006 Chevy Tahoe. Loan is secured by same vehicle.** <br><br> VALUE $ **19,840.00** | | | | **21,120.00** | **1,280.00** |
| ACCOUNT NO. <br> **Leigh Pietsch** <br> **1776A S Naperville Rd Ste 200** <br> **Wheaton, IL 60189-5843** | X | H | **Legal services rendered since on or about Janaury 1, 2007. Secured by general business intangibles of Reliable Wrecking, Inc.** <br><br> VALUE $ **500.00** | | | X | **120,000.00** | **119,500.00** |
| ACCOUNT NO. | | | VALUE $ | | | | | |
| ACCOUNT NO. | | | VALUE $ | | | | | |

Sheet no. _____**1** of _____**1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

|  | Subtotal (Total of this page) | $ **141,120.00** | $ **120,780.00** |
|---|---|---|---|
|  | Total (Use only on last page) | $ **1,328,982.67** | $ **383,642.67** |
|  |  | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.) |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07)

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**              Case No. _____
                         Debtor(s)                                (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☑ **Wages, salaries, and commissions**
    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ **2** continuation sheets attached

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                          Case No. _____
                        Debtor(s)                                                    (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

### Wages, salaries, and commissions
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Illinois Attorney General's Office**<br>**For IL Department Of Employment Security**<br>**33 S State St Rm 992**<br>**Chicago, IL 60603-2804** | X | H | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Outstanding wages owed to former employees.** | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. **1** of **2** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Totals of this page)   $ ___   $ ___   $ ___

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ ___

Total
(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ ___   $ ___

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6E (Official Form 6E) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                    Case No. _____
_____
Debtor(s)                                                                    (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. *(See Instructions above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9000**<br>**Illinois Department Of Revenue Bankruptcy Section, Level 7-425 100 W Randolph St Chicago, IL 60601-3218** | X | H | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Outstanding debt associated with quarterly withholding income taxes.** | X | X | X | **1,045.63** | **1,045.63** | |
| ACCOUNT NO. **9201**<br>**Illinois Dept. Of Employment Security 837 Westmore-Myers Rd Ste B1 Lombard, IL 60148-6515** | X | | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Notice of claim to chargeable employer received by Reliable Wrecking, Inc. for former employees claims of unemployment benefits.** | X | X | X | **unknown** | | |
| ACCOUNT NO.<br>**Internal Revenue Service Centralized Insolvency Operations PO Box 21126 Philadelphia, PA 19114-0326** | X | H | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Outstanding payroll taxes for 2009.** | X | X | X | **unknown** | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. __**2**__ of __**2**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims    (Totals of this page)   Subtotal   $ **1,045.63**   $ **1,045.63**   $

Total
(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.)   $ **1,045.63**

Total
(Use only on last page of the completed Schedule E. If applicable,
report also on the Statistical Summary of Certain Liabilities and Related Data.)   $ **1,045.63**   $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**　　　　　　　Case No. _____
　　　　　　　Debtor(s)　　　　　　　　　　　　　　　　　　(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**Amcore Bank N.A.**<br>**501 7th St**<br>**Rockford, IL  61104-1242** | X | H | **Balance owed for two bank loans obtained in February 27, 2008 to purchase Reliable Wrecking company.** | | | | **597,506.85** |
| ACCOUNT NO.<br><br>**Amcore Bank, N.A.**<br>**1210 S Alpine Rd**<br>**Rockford, IL  61108-3946** | | | **Assignee or other notification for:**<br>**Amcore Bank N.A.** | | | | |
| ACCOUNT NO.<br><br>**Fred R. Harbecke**<br>**Attorney For Amcore Bank, N.A.**<br>**29 S Lasalle St Ste 945**<br>**Chicago, IL  60603-1526** | | | **Assignee or other notification for:**<br>**Amcore Bank N.A.** | | | | |
| ACCOUNT NO. **1009**<br><br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA  90096-8000** | X | | **Corporate debt of JAS Land Development Group. Not a personal debt of debtors. Account now cancelled.** | X | X | X | **946.37** |

**16** continuation sheets attached

Subtotal
(Total of this page) $ **598,453.22**

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ _____

B6F (Official Form 6F) (12/07) - Cont.

IN RE Schramer, Jeffrey A & Schramer, Dawn M          Case No. _____
_____
          Debtor(s)                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **1007**<br><br>**American Express**<br>**P.O. Box 001**<br>**Los Angeles, CA  90096-8000** | X | | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Account now cancelled.** | X | X | X | **4,120.03** |
| ACCOUNT NO. **1005**<br><br>**American Express**<br>**P.O. Box 001**<br>**Los Angeles, CA  90096-8000** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.**<br>**Account now cancelled.** | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**American Portable Restrooms**<br>**PO Box 345**<br>**Wheaton, IL  60187-0345** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **300.00** |
| ACCOUNT NO.<br><br>**AmTrust North America**<br>**59 Maiden Ln 6th Fl**<br>**New York, NY  10038-4502** | X | J | **Insurance services for Reliable Wrecking, Inc.  Not a personal debt of debtors.** | | | X | **6,430.36** |
| ACCOUNT NO.<br><br>**Allied Interstate**<br>**For AmTrust North American**<br>**12655 N Central Expressway**<br>**Dallas, TX  75243-1700** | | | **Assignee or other notification for:**<br>**AmTrust North America** | | | | |
| ACCOUNT NO. **6124**<br><br>**AT&T Midwest**<br>**Attn:  Bankruptcy Department**<br>**PO Box 769**<br>**Arlington, TX  76004-0769** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **240.16** |
| ACCOUNT NO.<br><br>**Southwest Credit**<br>**For AT&T Midwest**<br>**5910 W Plano Pkwy Ste 100**<br>**Plano, TX  75093-4638** | | | **Assignee or other notification for:**<br>**AT&T Midwest** | | | | |

Sheet no. ___**1**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **11,090.55**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE __Schramer, Jeffrey A & Schramer, Dawn M__                          Case No. _____
                           Debtor(s)                                                   (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **0612**<br>**Bank Of America<br>PO Box 15019<br>Wilmington, DE 19850-5019** | | W | **Outstanding credit card debt.** | | | | **17,008.86** |
| ACCOUNT NO.<br>**Bank Of America<br>FIA Card Services<br>PO Box 15137<br>Wilmington, DE 19850-5137** | | | **Assignee or other notification for:<br>Bank Of America** | | | | |
| ACCOUNT NO. **0515**<br>**Bank Of America<br>Business Card<br>P.O. Box 15710<br>Wilmington, DE 19886-5710** | X | H | **Corporate debt of DJ Schramer Landscaping; Not a personal debt of debtors. Outstanding credit card balance.** | X | X | X | **10,153.74** |
| ACCOUNT NO.<br>**Bank Of America, N.A.<br>PO Box 22031<br>Greensboro, NC 27420-2031** | | | **Assignee or other notification for:<br>Bank Of America** | | | | |
| ACCOUNT NO.<br>**Barge Terminal Trucking<br>115 Kirkland Cir<br>Oswego, IL 60543-8769** | X | | **Corporate debt of Reliable Wrecking, Inc. Jugment may have been entered against Jeffrey Schramer personally. Claim includes court costs and attorney fees.** | X | X | X | **36,840.00** |
| ACCOUNT NO.<br>**Terrence J. Benshoof<br>For Barge Terminal<br>170 Spring Ave<br>Glen Ellyn, IL 60137-4838** | | | **Assignee or other notification for:<br>Barge Terminal Trucking** | | | | |
| ACCOUNT NO. **8491**<br>**Capital One Bank (USA), NA<br>PO Box 6492<br>Carol Stream, IL 60197-6492** | | W | **Outstanding credit card debt.** | | | | **1,175.55** |

Sheet no. __2__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **65,178.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                          Case No. _____

_____ Debtor(s)                                                                 (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5200**<br>**Caterpillar**<br>**Patten Industries**<br>**635 W Lake St**<br>**Elmhurst, IL  60126-1409** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 2,794.68 |
| ACCOUNT NO. **9443**<br>**Chase Cardmember Service**<br>**Credit Card Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | | W | Outstanding credit card debt. | | | | 16,689.93 |
| ACCOUNT NO. **6293**<br>**Chase Cardmember Service**<br>**Credit Card Services**<br>**PO Box 15153**<br>**Wilmington, DE  19886-5153** | X | | Corporate debt of DJ Schramer Landscaping; Not a personal debt of debtor. | X | X | X | 10,103.38 |
| ACCOUNT NO. **6319**<br>**Chicago Mack**<br>**7900 Bulldog Dr**<br>**Summit Argo, IL  60501-1436** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 835.04 |
| ACCOUNT NO. **3118**<br>**Citi Cards**<br>**PO Box 688901**<br>**Des Moines, IA  50368-8901** | | H | Outstanding credit card debt. | | | | 20,566.45 |
| ACCOUNT NO. **9125**<br>**City Of Naperville**<br>**400 S Eagle St**<br>**Naperville, IL  60566-7020** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 300.40 |
| ACCOUNT NO. **8023**<br>**Com Ed-Customer Care Center**<br>**Attn: Revenue Management**<br>**2100 Swift Dr**<br>**Oak Brook, IL  60523-1559** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 477.81 |

Sheet no. ___**3**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **51,767.69**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

**IN RE** Schramer, Jeffrey A & Schramer, Dawn M                    Case No. _____
                     Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>I.C. System, Inc.<br>For ComEd<br>PO Box 64378<br>Saint Paul, MN 55164-0378 | | | Assignee or other notification for:<br>Com Ed-Customer Care Center | | | | |
| ACCOUNT NO. 5720<br>Comcast Cable<br>PO Box 3001<br>Southeastern, PA 19398-3001 | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 581.06 |
| ACCOUNT NO. 0711<br>Community Bank Of Wheaton/Glen Ellyn<br>1901 N Gary Ave<br>Wheaton, IL 60187-3056 | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Overdrafted business checking account. | X | X | X | 1,747.97 |
| ACCOUNT NO.<br>Concrush, Inc.<br>31W007 North Ave<br>West Chicago, IL 60185-1088 | | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 932.00 |
| ACCOUNT NO.<br>Cross Check<br>6119 State Farm Dr<br>Rohnert Park, CA 94928-2146 | | J | NSF check written for auto repair in July, 2009. | | | | 4,575.43 |
| ACCOUNT NO. 488<br>David A. Lichtenwalter, DDS. Ltd.<br>Karen L. Haffey RDH<br>420 Pennsylvania Ave<br>Glen Ellyn, IL 60137-4437 | | W | Dental work performed prior to 1/1/09 on Dawn M. Schramer. | | | | 1,840.00 |
| ACCOUNT NO. 9728<br>Deutsch's Truck And Diesel Repair<br>625 W Roosevelt Rd<br>West Chicago, IL 60185-4812 | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 222.96 |

Sheet no. __4__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 9,899.42

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                                    Case No. _____
                              Debtor(s)                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **5592** <br><br>**Dex**<br>**AT&T Real Yellow Pages**<br>**PO Box 660835**<br>**Dallas, TX 75266-0835** | X | | Corporate advertising debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 2,197.35 |
| ACCOUNT NO. **2767** <br><br>**Discover Card**<br>**PO Box 30943**<br>**Salt Lake City, UT 84130-0943** | | H | Outstanding credit card debt. | | | | 17,987.48 |
| ACCOUNT NO. <br><br>**Discover Card**<br>**PO Box 6103**<br>**Carol Stream, IL 60197-6103** | | | Assignee or other notification for: Discover Card | | | | |
| ACCOUNT NO. <br><br>**Nationwide Credit, Inc.**<br>**For Discover**<br>**2105 Vaughn Road, Bldg. 400**<br>**Kennesaw, GA 30144** | | | Assignee or other notification for: Discover Card | | | | |
| ACCOUNT NO. <br><br>**Nationwide Credit, Inc.**<br>**For Discover**<br>**3600 E University Dr Ste B1350**<br>**Phoenix, AZ 85034-7296** | | | Assignee or other notification for: Discover Card | | | | |
| ACCOUNT NO. **1710** <br><br>**DuPage County Division Of Transportation**<br>**421 N County Farm Rd**<br>**Wheaton, IL 60187-3978** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 290.00 |
| ACCOUNT NO. **L100** <br><br>**DuPage Topsoil**<br>**PO Box 387**<br>**Wheaton, IL 60187-0387** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 1,027.83 |

Sheet no. __**5**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $   21,502.66

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                    Case No. _____
                            Debtor(s)                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **144** <br><br> **E.F. Heil LLC** <br> **12152 S. Naperville/Plainfield Road** <br> **Plainfield, IL  60585-3598** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 350.00 |
| ACCOUNT NO. <br><br> **Earth, Inc.** <br> **810 N Arlington Heights Rd** <br> **Itasca, IL  60143-2875** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 885.00 |
| ACCOUNT NO. **7970** <br><br> **Feece Oil Company** <br> **1700 Hubbard Ave** <br> **Batavia, IL  60510-1424** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 2,934.85 |
| ACCOUNT NO. <br><br> **Transworld Systems** <br> **For Feece Oil** <br> **PO Box 1864** <br> **Santa Rosa, CA  95402-1864** | | | Assignee or other notification for: <br> Feece Oil Company | | | | |
| ACCOUNT NO. <br><br> **Transworld Systems** <br> **For Feece Oil** <br> **25 NW Point Blvd Ste 750** <br> **Elk Grove Village, IL  60007-1058** | | | Assignee or other notification for: <br> Feece Oil Company | | | | |
| ACCOUNT NO. **6911** <br><br> **First Insurance Funding Corporation** <br> **PO Box 66468** <br> **Chicago, IL  60666-0468** | X | | Corporate debt of Reliable Wrecking, Inc., for insurance policies.  Not a personal debt of debtors. | X | X | X | 4,864.17 |
| ACCOUNT NO. <br><br> **William J. Kamm & Sons, Inc.** <br> **For First Insurance** <br> **PO Box 129** <br> **Medinah, IL  60157-0129** | | | Assignee or other notification for: <br> First Insurance Funding Corporation | | | | |

Sheet no. **6** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **9,034.02**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) – Cont.

IN RE Schramer, Jeffrey A & Schramer, Dawn M                          Case No. _____
_____
            Debtor(s)                                                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3819**<br>**Flood Brothers<br>17W697 Butterfield Rd Ste E<br>Oakbrook Terrace, IL  60181-4042** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **276.97** |
| ACCOUNT NO.<br>**Coast To Coast Financial Solutions<br>For Flood Brothers<br>101 Hodencamp Rd Ste 120<br>Thousand Oaks, CA  91360-5831** | | | **Assignee or other notification for:<br>Flood Brothers** | | | | |
| ACCOUNT NO.<br>**Flood Brothers Disposal & Recylcing<br>PO Box 95229<br>Palatine, IL  60095-0229** | | | **Assignee or other notification for:<br>Flood Brothers** | | | | |
| ACCOUNT NO. **8324**<br>**Genuine Parts Company/NAPA Auto Parts<br>5959 Collections Center Drive<br>Chicago, IL  60693-0001** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **701.46** |
| ACCOUNT NO.<br>**American Financial Management, Inc.<br>For Genuine Parts/NAPA<br>3715 N Ventura Dr<br>Arlington Heights, IL  60004-7678** | | | **Assignee or other notification for:<br>Genuine Parts Company/NAPA Auto Parts** | | | | |
| ACCOUNT NO.<br>**Genuine Parts<br>135 N. Gary Avenue<br>Carol Stream, IL  60188** | | | **Assignee or other notification for:<br>Genuine Parts Company/NAPA Auto Parts** | | | | |
| ACCOUNT NO.<br>**Law Offices Of Barry Serota And Assoc.<br>For Genuine Parts/NAPA<br>PO Box 1008<br>Arlington Heights, IL  60006-1008** | | | **Assignee or other notification for:<br>Genuine Parts Company/NAPA Auto Parts** | | | | |

Sheet no. __**7**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $  **978.43**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                                    Case No. _____
                        Debtor(s)                                                        (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **3707**<br><br>**Guardian Life Insurance**<br>**Midwest Regional Office**<br>**PO Box 8012**<br>**Appleton, WI 54912-8012** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 207.41 |
| ACCOUNT NO.<br><br>**Guardian**<br>**2300 E Capitol Dr**<br>**Appleton, WI 54911-8730** | | | Assignee or other notification for: Guardian Life Insurance | | | | |
| ACCOUNT NO. **LI01**<br><br>**Harts Tractor Company**<br>**249 W Lake St**<br>**Elmhurst, IL 60126-1506** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | | | | 8,022.99 |
| ACCOUNT NO.<br><br>**Nigro, Westfall & Gryska, P.C.**<br>**For Harts Tractor**<br>**1793 Bloomingdale Rd**<br>**Glendale Heights, IL 60139-3800** | | | Assignee or other notification for: Harts Tractor Company | | | | |
| ACCOUNT NO. **W121**<br><br>**Heartland Recylcing, L.L.C**<br>**6201 Canal Bank Rd**<br>**Berwyn, IL 60402-4513** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 49,100.47 |
| ACCOUNT NO.<br><br>**Joseph Volini**<br>**For Heartland Recycling**<br>**6201 Canal Bank Rd**<br>**Berwyn, IL 60402-4513** | | | Assignee or other notification for: Heartland Recylcing, L.L.C | | | | |
| ACCOUNT NO.<br><br>**Henry Kohley**<br>**320 W Indiana St**<br>**Wheaton, IL 60187-5018** | X | H | Personal unsecured loan to debtor dated November 19, 2007.  Funds used to purchase Reliable Wrecking, Inc. | | | | 200,000.00 |

Sheet no. ___**8**___ of ___**16**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 257,330.87

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                    Case No. _____
                          Debtor(s)                                           (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>Holstein's Garage<br>309 W Front St<br>Wheaton, IL  60187-5015 | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | **144.00** |
| ACCOUNT NO.<br><br>Home Depot Credit Services<br>P.O. Box 6029<br>The Lakes, NV  88901-6029 | X | H | Corporate debt of JAS Land Development, LLC. Not a personal debt of debtor. | X | X | X | **4,378.14** |
| ACCOUNT NO.<br><br>The Home Depot<br>Processing Center<br>Des Moines, IA  50364-0500 | | | Assignee or other notification for:<br>Home Depot Credit Services | | | | |
| ACCOUNT NO. 3755<br><br>Howell Tractor & Equipment, LLC<br>PO Box 88662<br>Chicago, IL  60680-1662 | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | **537.61** |
| ACCOUNT NO. 3001<br><br>HUB International<br>601 Oakmont Ln Ste 400<br>Westmont, IL  60559-5570 | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | **150.00** |
| ACCOUNT NO. 1000<br><br>Intl Union Of Operating Engineers<br>6200 Joliet Rd<br>Countryside, IL  60525-3992 | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.  Debt of Reliable Wrecking Inc., for unpaid administrative dues for the months of June and July 2009 and thereafter. | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>IUOE Local 150 Admin Dues<br>PO Box 94427<br>Chicago, IL  60690-4427 | | | Assignee or other notification for:<br>Intl Union Of Operating Engineers | | | | |

Sheet no.    **9** of    **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                       Subtotal
                            (Total of this page) $ **5,209.75**

                                       Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Schramer, Jeffrey A & Schramer, Dawn M            Case No. _____
                  Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Jeffrey W. Harner<br>707 Redden Ct<br>Saint Charles, IL 60174-5530 | X | H | Personal unsecured loan to debtor. Originally a $50,000 note signed on March 8, 2000 and renewed and increased in amount from time to time. Last renewed note dated April 30, 2004 to D.J. Schramer Landscaping Company in amount of $206,614.15. Above amount includes 10% per annum interest. | | | | 309,581.32 |
| ACCOUNT NO.<br>Jonlyn & Associates, Inc.<br>1776-A S. Naperville Rd, Suite 206<br>Wheaton, IL 60189-5833 | | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 3,454.96 |
| ACCOUNT NO. 0000<br>Liberty Mutual Surety<br>PO Box 11223<br>Tacoma, WA 98411-0223 | X | | Corporate debt of Reliable Wrecking, Inc., for surety bond. Not a personal debt of debtors. | X | X | X | 50.00 |
| ACCOUNT NO.<br>William J. Kamm & Sons, Inc.<br>For Liberty Mutual<br>PO Box 129<br>Medinah, IL 60157-0129 | | | Assignee or other notification for:<br>Liberty Mutual Surety | | | | |
| ACCOUNT NO. 6319<br>Mack Of Joliet<br>23928 Winchester<br>Channahon, IL 60410-3288 | | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 116.05 |
| ACCOUNT NO. 0740<br>Macy's<br>PO Box 689195<br>Des Moines, IA 50368-9195 | | W | Outstanding credit card debt. | | | | 144.27 |
| ACCOUNT NO. 5278<br>McGraw Hill Companies<br>7625 Collection Center Drive<br>Chicago, IL 60693-0076 | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 103.86 |

Sheet no. __10__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                   Subtotal
                (Total of this page) $ 313,450.46

                   Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                     Case No. _____
_____
Debtor(s)                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**CST Company**<br>**For McGraw Hill**<br>**PO Box 33127**<br>**Louisville, KY  40232-3127** | | | Assignee or other notification for:<br>**McGraw Hill Companies** | | | | |
| ACCOUNT NO.<br><br>**McGraw Hill Companies**<br>**Corporate Accounts Receivable**<br>**148 Princeton Hightstown Rd # N-2**<br>**East Windsor, NJ  08520-1450** | | | Assignee or other notification for:<br>**McGraw Hill Companies** | | | | |
| ACCOUNT NO. **2739**<br><br>**Midwest Operating Engineers Fringe Ben**<br>**6150 Joliet Rd**<br>**Countryside, IL  60525-3994** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.  Debt of Reliable Wrecking, Inc. for unpaid fringe benefit funds for months of May, June, July 2009 and thereafter. | X | X | X | **unknown** |
| ACCOUNT NO.<br><br>**Miguel A. Dominguez and**<br>**Ariana R. Brown-Dominguez**<br>**816 Golf Lane**<br>**Wheaton, IL  60189-6333** | X | H | Security deposit given by tenants of rental property, Michael Dominguez and Ariana R. Brown-Dominguez for lease of property located at 816 Golf Lane, Wheaton, IL 60189 on or about May 15, 2007. | | | | **3,500.00** |
| ACCOUNT NO. **5463**<br><br>**National Construction Rentals**<br>**PO Box 4503**<br>**Pacoima, CA  91333-4503** | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | **268.80** |
| ACCOUNT NO. **5501**<br><br>**Nicor Gas**<br>**PO Box 8350**<br>**Aurora, IL  60507-8350** | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | **330.68** |
| ACCOUNT NO.<br><br>**NCO Financial Systems, Inc.**<br>**For Nicor Gas**<br>**PO Box 17196**<br>**Baltimore, MD  21297-1196** | | | Assignee or other notification for:<br>**Nicor Gas** | | | | |

Sheet no. __**11**__ of __**16**__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | $ | **4,099.48**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) | $ |

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                Case No. _____
_____Debtor(s)_____                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9081** <br> **Nordstrom Bank** <br> **PO Box 79134** <br> **Phoenix, AZ 85062-9134** | | W | Outstanding credit card debt. | | | | 263.81 |
| ACCOUNT NO. **1266** <br> **Office Of The Secretary Of State** <br> **Room 235 - Howlett Building** <br> **Springfield, IL 62756-0001** | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. Debt of corporation, Reliable Wrecking, Inc. for licensing of work vehicles | X | X | X | 11,594.00 |
| ACCOUNT NO. **2016** <br> **Pomps Tire Service, Inc.** <br> **PO Box 1630** <br> **Green Bay, WI 54305-1630** | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 755.57 |
| ACCOUNT NO. <br> **Prairie State Water Systems, Inc.** <br> **48W557 State Route 64** <br> **Maple Park, IL 60151-8578** | | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 1,980.00 |
| ACCOUNT NO. <br> **Rapid Recovery** <br> **8971 W Bloomfield Rd** <br> **Peoria, AZ 85381-6140** | X | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 150.00 |
| ACCOUNT NO. **0212** <br> **Rental Max** <br> **908 E Roosevelt Rd** <br> **Wheaton, IL 60187-5651** | | | Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors. | X | X | X | 514.30 |
| ACCOUNT NO. <br> **Ronald Zikis** <br> **5122 Mackie Pl** <br> **Downers Grove, IL 60515-4708** | | H | Personal unsecured loan obtained on October 30, 2008. Funds used to pay employee payroll and debts for Reliable Wrecking, Inc. | | | | 100,000.00 |

Sheet no. **12** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ 115,257.68

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE Schramer, Jeffrey A & Schramer, Dawn M    Case No. _____
_____
Debtor(s)    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Selsor's Pumping Service, Inc.<br>PO Box 9<br>Wheaton, IL  60187-0009 | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 1,100.00 |
| ACCOUNT NO. 4629<br>Target National Bank<br>PO Box 59317<br>Minneapolis, MN  55459-0317 | X | H | Credit card debt. | X | X | X | 7,622.54 |
| ACCOUNT NO.<br>Tyler Medical Services<br>525 Tyler Rd Ste J<br>Saint Charles, IL  60174-3363 | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. Drug and alcohol testing for employees. | X | X | X | 165.00 |
| ACCOUNT NO. 1623<br>U.S. Cellular<br>P.O. Box 0203<br>Palatine, IL  60055-0203 | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 1,714.35 |
| ACCOUNT NO. able<br>Union Oil Of Union, IL<br>18720 State Route 176<br>Marengo, IL  60152-9472 | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 7,180.42 |
| ACCOUNT NO. ABLE<br>Van Hoesen Industries, Inc.<br>North Branch Environmental<br>7N458 Garden Ave<br>Roselle, IL  60172-1736 | | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 75.00 |
| ACCOUNT NO. 210C<br>Veolia Environmental<br>766 Hunter Dr<br>Batavia, IL  60510-1426 | X | | Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors. | X | X | X | 4,800.00 |

Sheet no. __13__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  $  22,657.31

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)  $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                    Case No. _____
  _____
        Debtor(s)                                                            (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Receivable Management Services (RMS)**<br>**For Veolia Environmental**<br>**4836 Brecksville Rd**<br>**Richfield, OH  44286-0523** | | | **Assignee or other notification for:**<br>**Veolia Environmental** | | | | |
| ACCOUNT NO. **5615**<br>**Village Of Hinsdale**<br>**19 E Chicago Ave**<br>**Hinsdale, IL  60521-3489** | X | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **290.00** |
| ACCOUNT NO.<br>**A/R Concepts, Inc.**<br>**For Village Of Hinsdale**<br>**33 W Higgins Rd Ste 715**<br>**South Barrington, IL  60010-9103** | | | **Assignee or other notification for:**<br>**Village Of Hinsdale** | | | | |
| ACCOUNT NO. **0093**<br>**Village Of Palatine**<br>**200 E Wood St**<br>**Palatine, IL  60067-5339** | X | | **Potential code violation with regard to incomplete demolition work performed by Reliable Wrecking, Inc. at 833 W. Hillside, Palatine, IL.** | X | X | X | **unknown** |
| ACCOUNT NO. **8259**<br>**Von Maur**<br>**PO Box 790298**<br>**Saint Louis, MO  63179-0298** | | W | **Outstanding credit card debt.** | | | | **274.59** |
| ACCOUNT NO. **3135**<br>**Waste Management**<br>**Prairie View RDF**<br>**29755 S Prairieview**<br>**Wilmington, IL  60481-7609** | | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **2,910.60** |
| ACCOUNT NO. **1889**<br>**West Bend Mutual Insurance Company**<br>**1900 S 18th Ave**<br>**West Bend, WI  53095-8796** | X | | **Corporate debt of Reliable Wrecking, Inc. for work bond premium.  Not a personal debt of debtor.** | X | X | X | **6,732.96** |

Sheet no. __14__ of __16__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **10,208.15**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) - Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                              Case No. _____
_____
Debtor(s)                                                                                    (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>**Joseph, Mann & Creed**<br>**For West Bend Mutual Insurance**<br>**PO Box 22253**<br>**Beachwood, OH  44122-0253** | | | **Assignee or other notification for:**<br>**West Bend Mutual Insurance Company** | | | | |
| ACCOUNT NO.<br>**Law Office Of Phillip R. Sauer**<br>**For West Bend Mutual Insurance Co.**<br>**3 Golf Ctr Ste 352**<br>**Hoffman Estates, IL  60169-4910** | | | **Assignee or other notification for:**<br>**West Bend Mutual Insurance Company** | | | | |
| ACCOUNT NO.<br>**West DuPage Recycling And Transfer**<br>**2351 Powis Rd**<br>**West Chicago, IL  60185-1013** | X | H | **Corporate debt of Reliable Wrecking, Inc. Judgment entered against Jeffrey Schramer as guarantor.  Judgment amount includes court costs and attorney fees.** | X | X | X | **62,611.42** |
| ACCOUNT NO.<br>**Tiesenga Gottlieb And Reinsma, LLP**<br>**For West DuPage Recycling**<br>**1200 Harger Rd Ste 830**<br>**Oak Brook, IL  60523-1835** | | | **Assignee or other notification for:**<br>**West DuPage Recycling And Transfer** | | | | |
| ACCOUNT NO. **6312**<br>**West Side Tractor Sales**<br>**West Side Exchange**<br>**Dept. 4570**<br>**Chicago, IL  60680-0618** | | | **Corporate debt of Reliable Wrecking, Inc.  Not a personal debt of debtors.** | X | X | X | **462.70** |
| ACCOUNT NO.<br>**William G. Schwartz**<br>**1385 Medinah Drive**<br>**Itasca, IL  60143-1970** | X | H | **Unsecured loan to Reliable Wrecking, Inc. on or about June 2009.** | X | X | X | **100,000.00** |
| ACCOUNT NO. **4520**<br>**William J. Kamm & Sons, Inc.**<br>**For Safeco Surety Ins Co.**<br>**PO Box 129**<br>**Medinah, IL  60157-0129** | X | | **Corporate debt of Reliable Wrecking, Inc. Not a personal debt of debtors.  Debt owed for assisting in business insurance matters.** | X | X | X | **100.00** |

Sheet no. **15** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    $ **163,174.12**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.)    $ _____

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07) Cont.

IN RE **Schramer, Jeffrey A & Schramer, Dawn M**                    Case No. _____
_____
Debtor(s)                                                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **9048**<br><br>**Williams Scotsman, Inc.**<br>**Corporate Operations**<br>**8211 Town Center Dr**<br>**Nottingham, MD  21236-5904** | X | | **Corporate debt of Reliable Wrecking, Inc. for storage space.  Not a personal debt of debtors.** | X | X | X | **1,010.00** |
| ACCOUNT NO.<br><br>**Williams Scotsman**<br>**P.O. Box 91975**<br>**Chicago, IL  60693-1975** | | | **Assignee or other notification for:**<br>**Williams Scotsman, Inc.** | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. **16** of **16** continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) $ **1,010.00**

Total
(Use only on last page of the completed Schedule F. Report also on
the Summary of Schedules, and if applicable, on the Statistical
Summary of Certain Liabilities and Related Data.) $ **1,660,301.96**

© 1993-2009 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only